UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
FLORITA STATON, as parent/guardian )
of the minor child, D.S., *et al.* )
)
         Plaintiffs, )
)
    v. ) Civil Action No. 13-0773 (ABJ)
)
THE DISTRICT OF COLUMBIA, )
)
         Defendant. )
)

# ORDER

On June 11, 2014, Magistrate Judge Deborah A. Robinson issued a Report and Recommendation [Dkt. # 18] with respect to plaintiffs' motion for summary judgment [Dkt. # 11] and defendant's cross-motion for summary judgment [Dkt. # 13]. The report advised the parties that any objections to the report must be filed "[w]ithin fourteen days" of the report, and that "in the absence of timely objections, further review of issues addressed [in the report] may be deemed waived." June 11, 2014 Report & Recommendation at 15. To date, no objections have been filed.

It is therefore ORDERED that the Report and Recommendation [Dkt. # 18] is ADOPTED in its entirety;

it is FURTHER ORDERED that plaintiffs' motion summary judgment [Dkt. # 11] is granted in part and denied in part;

it is FURTHER ORDERED that defendant's cross-motion for summary judgment [Dkt. # 13] is denied; and

it is FURTHER ORDERED that plaintiffs are entitled to an award of attorneys' fees for all of the hours billed at an hourly rate of $333.75.

SO ORDERED.

/s/ Amy B. Jackson
---
AMY BERMAN JACKSON
United States District Judge

DATE: July 2, 2014